**Clark Memorial Missionary Baptist Church, Inc., Appellant, v. Liberty National Bank of Chicago et al., Appellees.**

**Gen. No. 41,439.**

442

opinion filed March 31, 1941. B. G..Clanton, for appellant; Leo L. Stone and Sidney J. Goldstein, for appellees. Opinion by PRESIDING JUSTICE O'CONNOR. "Not to be published in full."